UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| SHEILA DUNCAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-34-RLY-WGH |
| ) | |
| DIAMOND VALLEY FEDERAL CREDIT ) | |
| UNION, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter came before the Court upon the filing of a Joint Stipulation of Dismissal With Prejudice, and the Court, having considered the same and being duly advised in the premises, now finds that the Stipulation is meritorious and is therefore GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that this cause of action is dismissed with prejudice, with each party to bear its own respective costs and attorneys' fees.

Dated:  12/02/2014

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record